IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| J.P. COLUMBUS WAREHOUSING, INC. | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:18-cv-00100 |
| | § | |
| UNITED FIRE & CASUALTY COMPANY | § | |
| *Defendants.* | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THIS COURT:

UNITED FIRE & CASUALTY COMPANY, (hereinafter "United Fire"), one of the Defendants in the above styled and numbered cause, files this, its Notice of Removal, and would show the Court as follows:

1. UNITED FIRE & CASUALTY COMPANY has been sued in a civil action styled Cause No. 2018CVI001157D1; *J.P. Columbus Warehousing, Inc. v. United Fire & Casualty Company*; in the 49th District Court in Webb County, Texas (hereafter referred to as "the state court action"). The petition in the state court action was filed June 11, 2018. On June 25, 2018, United Fire received citation and a copy of the petition, and at that time it was determined that diversity jurisdiction was proper, pursuant to 28 U.S.C. §1332.

2. United Fire files this notice of removal pursuant to the provisions of 28 U.S.C. §1441, *et. seq.*, to remove this action from the District Court of Webb County, Texas to the United States District Court for the Southern District of Texas, Laredo Division.

3. Plaintiff, in its original petition, alleges that Defendant United Fire wrongfully denied or delayed payment for claims for wind/hail damage to the structure insured by United

Fire, thereby breaching the policy of insurance issued by United Fire to Plaintiff. Plaintiff further alleges that United Fire's actions in investigating and delaying or denying Plaintiff's claim for insurance benefits constituted a violation of the common law duty of good faith and fair dealing.

4.  This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. §1332. Plaintiff, by nature of its citizenship and of its principal place of business, is a citizen of the state of Texas. Defendant, United Fire, by nature of its incorporation and of its principal place of business, is a citizen of the states of Iowa.

5.  The amount in controversy is in excess of $75,000, exclusive of interest and costs.

6.  Venue is proper in Laredo Division of the Southern District of Texas because the insured property is located in Laredo, Webb County, Texas, which is the location where the facts giving rise to this suit took place.

7.  In accordance with 28 U.S.C. § 1446 (a), the following are attached hereto:

    - Exhibit A:   Index of Matters Being Filed;
    - Exhibit B:   A copy of the Citation as to United Fire & Casualty Company;
    - Exhibit C:   Plaintiff's Original Petition;
    - Exhibit D:   Defendant United Fire & Casualty Company's Original Answer;
    - Exhibit E:   The state court's Docket Sheet;
    - Exhibit F:   List of all Parties and Counsel of record;
    - Exhibit G:   Defendant United Fire & Casualty Company's Consent to Removal of Case to Federal Court.

8.  The citation and petition in this action were served on United Fire on June 25, 2018 by serving its registered agent: Joe Johnson, 455 E. Medical Center Blvd., Suite 400,

Webster, Texas 77598-4398.  This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).  Furthermore, this notice of removal is being filed within one year of the date this action was commenced.

9. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this notice of removal will be promptly served upon all adverse parties, and a copy of this notice of removal promptly will be filed with the Clerk of the District Court of Webb County, Texas.

10. Defendant United Fire & Casualty Company respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action and place this action on the docket of this Court for further proceedings as though the action originally had been instituted in this Court.

Respectfully submitted,

GAUNTT KOEN BINNEY & KIDD, LLP

By: _____
    J. Chad Gauntt
    State Bar No. 07765990
    David P. Andis
    State Bar No. 00793265
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:   281-367-6555
Facsimile:   281-367-3705
Email:   chad.gauntt@gkbklaw.com
    david.andis@gkbklaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

      This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on July 10, 2018, via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically.

Wayne D. Collins (SBN: 00796384)
Robert D. Green (SBN: 08368025)
Daniel P. Barton (SBN: 00789774)
Green & Barton
1201 Shepherd Drive
Houston, TX  77007
Telephone:	713-227-4747
Facsimile:	713-621-5900
Email:	wcollins@bartonlawgroup.com
	green@greentriallaw.com
	dbarton@bartonlawgroup.com
Attorney for Plaintiff

_____
J. Chad Gauntt