UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| J.P. COLUMBUS WAREHOUSING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-100 |
| | § | |
| UNITED FIRE & CASUALTY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 14, 2019, U.S. Magistrate Judge John A. Kazen issued a Report and Recommendations in accordance with 28 U.S.C. § 636(b)(1) recommending that Defendant's Motion to Deny Plaintiff's Request for Attorney's Fees be granted and that the District Court not award Plaintiff attorneys' fees incurred after August 2, 2018. (Dkt. No. 16). Neither Party has filed objections to the Report and Recommendations.

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendations as the findings of the Court. Accordingly, Defendant's Motion to Deny Plaintiff's Request for Attorney's Fees (Dkt. Nos. 2, 4) is **GRANTED**, and Plaintiff attorneys' fees incurred after August 2, 2018 are not awarded.

It is so **ORDERED**.

**SIGNED** February 4, 2019.

Marina Garcia Marmolejo
United States District Judge