United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **J.P. COLUMBUS WAREHOUSING, INC.,** § § § § | |
| Plaintiff, § § | |
| V. § | CIVIL ACTION NO. 5:18-CV-100 |
| § § § | |
| **UNITED FIRE & CASUALTY COMPANY,** § § § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal of Lawsuit with Prejudice. (Dkt. No. 111). The stipulation of dismissal states that the parties have agreed to the dismissal of the suit in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. *See* Fed. R. Civ. P. 41(a). None of these exceptions are applicable to this case.

Because the stipulation is signed by all parties who have appeared in this case, all of Plaintiff's claims were dismissed with prejudice "automatically" upon the filing of the Stipulation of Dismissal. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. V. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case. The Court further **ORDERS** that Plaintiff's pending Unopposed Motion to Withdraw, (Dkt. No. 109), is **DENIED as moot**.

It is so **ORDERED**.

**SIGNED** on June 1, 2022.

_____
John A. Kazen
United States Magistrate Judge